IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

KRISHANA ANDREWS o/b/o
T.A().                                                                                                    PLAINTIFF

v.                              CIVIL NO. 09-1005

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                               DEFENDANT

## **JUDGMENT**

For reasons stated in a memorandum opinion of this date, the court hereby orders the United States district court clerk to administratively terminate the instant case. Further, the Defendant is directed to supplement the administrative record, as appropriate, **within 60 days** from the date this Judgment is entered. Should the Defendant be unable to so supplement the record, he is further directed to notify the undersigned as such. An appropriate motion may then be entertained by the court.

IT IS SO ORDERED this 18th day of February 2010.

/s/ *Erin L. Setser*
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)