IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION


KRISHANA ANDREWS o/b/o
T.A.                                                                                    PLAINTIFF


        v.                                      CIVIL NO. 09-1005


MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                     DEFENDANT

## <u>ORDER</u>

        Comes now the Court on this 2nd day of March, 2010, upon being well and duly advised,

the undersigned finds as follows:

        That the United States district court clerk was directed to administratively terminate this

matter by Memorandum Opinion and Judgment entered February 18, 2010, for the purpose of

allowing the Defendant to obtain and file all the evidence reviewed by the Appeals Council.

(Docs. 15, 16).  By Notice of Filing entered March 1, 2010, the undersigned finds that the

administrative record has been supplemented, as ordered.  (Doc. 17).  Accordingly, the district

court clerk is directed to re-open the instant matter.  Plaintiff herein should be allowed until

**April 1, 2010**, within which to file an Appeal Brief in the above-styled claim.  The Defendant

shall file his responsive Appeal Brief no later than the close of business on **May 1, 2010.**  No

further extensions of time will be granted.

        IT IS SO ORDERED.


                                        /s/ *Erin L. Setser*
                                        HON. ERIN L. SETSER
                                        UNITED STATES MAGISTRATE JUDGE