IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

KRISHANA ANDREWS o/b/o
T.A.                                                                                               PLAINTIFF

      v.                              CIVIL NO. 09-1005

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                          DEFENDANT

## ORDER

Comes now the Court on this 2nd day of March, 2010, upon being well and duly advised, the undersigned finds as follows:

That the United States district court clerk was directed to administratively terminate this matter by Memorandum Opinion and Judgment entered February 18, 2010, for the purpose of allowing the Defendant to obtain and file all the evidence reviewed by the Appeals Council. (Docs. 15, 16). By Notice of Filing entered March 1, 2010, the undersigned finds that the administrative record has been supplemented, as ordered. (Doc. 17). Accordingly, the district court clerk is directed to re-open the instant matter. Plaintiff herein should be allowed until **April 1, 2010**, within which to file an Appeal Brief in the above-styled claim. The Defendant shall file his responsive Appeal Brief no later than the close of business on **May 1, 2010.** No further extensions of time will be granted.

IT IS SO ORDERED.

/s/ *Erin L. Setser*
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)