IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

KRISHANA ANDREWS o/b/o
T.A.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFF

　　　　v.　　　　　　　　　CIVIL NO. 09-1005

MICHAEL J. ASTRUE, Commissioner
Social Security Administration　　　　　　　　　　　　　　　　　DEFENDANT

## J U D G M E N T

For reasons stated in the memorandum opinion of this date, we hereby affirm the decision of the Commissioner and dismiss Plaintiff's case with prejudice. **The parties have sixty days from entry of the judgment on the docket in which to appeal.**

IT IS SO ORDERED AND ADJUDGED this 19th day of August 2010.

　　　　　　　　　　　　　　　　　　　　/s/ *Erin L. Setser*
　　　　　　　　　　　　　　　　　　　　HON. ERIN L. SETSER
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)